[No. 44667-3-I.   Division One.   November 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WARD GARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01547-7, Linda Lau, J., entered April 26, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 44991-5-I.   Division One.   November 6, 2000.]

*In the Matter of the Marriage of* DAWN MARIE MAZZI, *Appellant*, and DANTE MOISES MAZZI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-08112-8, Patricia H. Clark, J., entered June 28, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Cox, JJ.

[No. 45546-0-I.   Division One.   November 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. MAYHEW, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-1-00325-9, John M. Meyer, J., entered October 21, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44089-6-I.   Division One.   November 6, 2000.]

KEVIN CAMPBELL, *Appellant*, v. STEVENS PASS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-01043-8, J. Kathleen Learned, J., entered January 29, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Cox, JJ.